1  LAWRENCE G. BROWN
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    1:09-CV-01788-OWW-SMS
                                     )
12            Plaintiff,             )    **APPLICATION AND ORDER FOR**
                                     )    **PUBLICATION**
13       v.                          )
                                     )
14                                   )
    APPROXIMATELY $18,289.25 IN U.S. )
15  CURRENCY SEIZED FROM WELLS       )
    FARGO BANK ACCOUNT NUMBER        )
16  6656258958, HELD IN THE NAME OF  )
    WONG CORPORATION DBA W. FOOD     )
17  AND LIQUOR,                      )
                                     )
18            Defendant.             )
                                     )
19  _____ )

20       The United States of America, Plaintiff herein, applies for an order of publication as

21  follows:

22       1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

23  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

24  notice of the action to be given in a newspaper of general circulation or on the official internet

25  government forfeiture site;

26       2.    Local Rule 83-171, Eastern District of California, provides that the Court shall

27  designate by order the appropriate newspaper or other vehicle for publication;

28  ///

                              1        APPLICATION AND ORDER FOR PUBLICATION

1      3.      The Approximately $18,289.25 in U.S. Currency seized from Wells Fargo Bank

2    Account Number 6656258958, held in the name of Wong Corporation DBA Food and Liquor,

3    Allan Wong as signor on account (hereafter "defendant funds") were seized in the city of Fresno,

4    Fresno County, California, and are in the custody of the United States Department of Treasury,

5    Internal Revenue Service for the Eastern District of California.  The Internal Revenue Service

6    published notice of the nonjudicial forfeiture of the defendant funds on June 12, 19 and 26, 2009,

7    in the *Business Journal* (Fresno County).

8      4.      Plaintiff proposes that publication be made as follows:

9          a.      One publication;

10         b.      Thirty (30) consecutive days;

11         c.      On the official internet government forfeiture site www.forfeiture.gov;

12         d.      The publication is to include the following:

13               (1)      The Court and case number of the action;

14               (2)      The date of the seizure/posting;

15               (3)      The identity and/or description of the property seized/posted;

16               (4)      The name and address of the attorney for the Plaintiff;

17               (5)      A statement that claims of persons entitled to possession or

18   claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served

19   on the attorney for the Plaintiff no later than 60 days after the first day of publication on the

20   official internet government forfeiture site; and

21               (6)      A statement that answers to the Complaint or a motion under Rule

22   12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20

23   days after the filing of the claims and, in the absence thereof, default may be entered and

24   ///

25   ///

26   ///

27   ///

28   ///

1    condemnation ordered.

2    Dated: 10/14/09                                                         LAWRENCE G. BROWN
                                                                                      United States Attorney

3

4                                                                                     /s/ Deanna L. Martinez
                                                                                      DEANNA L. MARTINEZ
5                                                                                     Assistant United States Attorney

6
                                                                   ORDER
7
         IT IS SO ORDERED.
8
**Dated:        October 22, 2009**                                 _____ /s/ Sandra M. Snyder _____
9                                                                  **UNITED   STATES   MAGISTRATE   JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER FOR PUBLICATION