BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $18,289.25 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6656258958, HELD IN THE NAME OF WONG CORPORATION DBA W. FOOD AND LIQUOR,<br><br>Defendant.<br><br>Allan Wong<br><br>Pro Se Claimant. | 1:09-CV-01788-OWW-SKO<br><br>**STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON**<br><br>(First Request) |

    Pro Se Claimant Allan Wong and plaintiff United States of America, by and through the undersigned, hereby stipulate as follows:

    1.    This stipulation is executed by all parties who have appeared in and are affected by this action.

    2.    The parties are requesting an extension of the discovery dates set out in the Scheduling Conference Order due to the unexpected need for new counsel for the United States in this case and the need for additional time to get up to speed and complete discovery.

3. The parties stipulate and agree that the percipient and expert discovery deadlines shall be consolidated and that all discovery shall close on June 8, 2011.  All other dates in the scheduling order remain unaffected by this stipulation including the September 12, 2011, pretrial hearing date and October 18, 2011, trial date.

4. This is the Parties' first request for an extension and no further extensions are currently anticipated.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 1/31/11                            /s/ Kelli L. Taylor
                                         KELLI L. TAYLOR
                                         Assistant United States Attorney


Date: 1/28/11                             /s/ Allan Wong
                                         ALLAN WONG
                                         Pro Se Claimant

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the percipient and expert discovery deadlines are consolidated and all discovery shall close on June 8, 2011.  All other dates in the scheduling order remain unaffected by this Order including the September 12, 2011, pretrial hearing date and October 18, 2011, trial date.

IT IS SO ORDERED.

**Dated:   February 1, 2011**                  **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE