1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse, Suite 4401
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys United States

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01788-OWW-SMS |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE SCHEDULING DATES AND ORDER THEREON** |
| v. ) | |
| ) | (Second Request) |
| APPROXIMATELY $18,289.25 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6656258958, HELD IN THE NAME OF WONG CORPORATION DBA W. FOOD AND LIQUOR, ) | |
| Defendants ) | |
| Allan Wong, ) | |
| Claimant. ) | |

   Claimant Allan Wong and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

   1.   This stipulation is executed by all litigating parties who have appeared in and are affected by this action.

   2.   The parties are requesting an extension of the dates set out in the Scheduling Conference Order issued April 9, 2010.  Since the time of the initial scheduling conference the parties have attempted to resolve the case through informal

means. Recently claimant Allan Wong retained the assistance of attorney Mark W. King for this matter and the parties are in need of additional time to continue with settlement discussions.  This is the parties' second request for an extension.

3. The following dates are agreed on by the parties:

| Event | Existing Date | Proposed Date |
|---|---|---|
| Settlement Conference | September 20, 2011 | October 13, 2011 |
| Pre-Trial Conference | September 12, 2011 | October 24, 2011 |
| Trial | October 18, 2011 | November 29, 2011 |

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: 9/7/11                  /s/ Heather Mardel Jones
                              HEATHER MARDEL JONES
                              Assistant United States Attorney

Date: 9/7/11                   /s/ Mark W. King
                              MARK W. KING
                              Attorney for Claimant Allan Wong

### ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

 IT IS SO ORDERED.

**Dated:    September 8, 2011**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE