Mark W. King, SBN 242197
2100 Tulare Street, Suite 410
Fresno, California  93721-2111
Tel:  (559) 237-8880
Fax: (559) 237-8882

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPROXIMATELY $18,289.25 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6656258958, HELD IN THE NAME OF WONG CORP. DBA W. FOOD AND LIQUOR,<br><br>　　　　　Defendant. | Case No.:  1:09-CV-01788-SKO<br><br>STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE |

　　　Plaintiff THE UNITED STATES and ALLAN WONG, the Claimant, hereby stipulate to continue the Settlement Conference currently scheduled for Thursday, October 27, 2011 to Thursday, November 3, 2011.

　　　The continuance is necessary because Mark W. KING, counsel for WONG, was retained by a client to defend against a Domestic Violence Restraining Order in Fresno County Case number 11CEFL06190.  A hearing in that matter is set for Thursday, October 27, 2011 in Department 201 of

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

Fresno County Superior Court.  A number of witnesses are expected to testify at this hearing, which is expected to take a number of hours to complete.

As such we hereby request the Court to continue the Settlement Conference from Thursday, October 27, 2011 to Thursday, November 3, 2011.

Dated October 19, 2011            /s/ Mark W. King
                                  Mark W. King
                                  For ALLAN WONG


Dated October 19, 2011            /s/ Heather Mardel Jones
                                  Heather Mardel Jones
                                  Assistant United States Attorney

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED, that the current Settlement Conference date is continued to November 3, 2011.


IT IS SO ORDERED.

   Dated:   **October 20, 2011**                **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

-2-