BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01788-SKO |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $18,289.25 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6656258958, HELD IN THE NAME OF WONG CORPORATION DBA W. FOOD AND LIQUOR | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately Approximately $18,289.25 in U.S. Currency seized from Wells Fargo Bank Account Number 6656258958, held in the name of Wong Corporation DBA W. Food and Liquor (hereafter "defendant funds").

2. A Verified Complaint for Forfeiture *In Rem* was filed on October 9, 2009, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), incorporating the procedures governing civil forfeiture actions in money laundering

1  cases pursuant to 18 U.S.C. § 981(a)(1)(A).

2      3.    On October 14, 2009, the Clerk issued a Warrant for Arrest for the
3  defendant funds, which was duly executed on October 16, 2009.

4      4.    Beginning on October 23, 2009, for at least 30 consecutive days, the
5  United States published notice of this action on the official government forfeiture
6  site www.forfeiture.gov.  A Declaration of Publication was filed on December 1,
7  2009.

8      5.    In addition to public notice on the official internet government
9  forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to
10 the following individuals:

11     a. Allan Wong

12     6.    Claimant Allan Wong states that he is the sole owner of the defendant
13 funds and has authority to enter into this agreement.

14     7.    No other parties have filed claims or answers in this matter, and the
15 time for which any person or entity may file a claim and answer has expired.

16 Based on the above findings, and the files and records of the Court, it is
17 hereby

18 ORDERED AND ADJUDGED:

19     1.    The Court adopts the Stipulation for Final Judgment of Forfeiture
20 entered into by and between the parties to this action.

21     2.    That judgment is hereby entered against Claimant Allan Wong and
22 all other potential claimants who have not filed claims in this action.

23     3.    Upon entry of a Final Judgment of Forfeiture herein, $9,144.62
24 together with any interest that may have accrued on the full amount of the
25 defendant $18,289.25 in U.S. Currency seized from Wells Fargo Bank Account
26 Number 6656258958, held in the name of Wong Corporation DBA W. Food and
27 Liquor, shall be forfeited to the United States pursuant to 18 U.S.C. § 984 and 31
28 U.S.C. § 5317(c)(2), incorporating the procedures governing civil forfeiture actions

1  in money laundering cases pursuant to 18 U.S.C. § 981(a)(1)(A), to be disposed of
2  according to law.
3      4.   Within 45 days of entry of a Final Judgment of Forfeiture, $9,144.63 of
4  the defendant $18,289.25 in U.S. Currency seized from Wells Fargo Bank Account
5  Number 6656258958, held in the name of Wong Corporation DBA W. Food and
6  Liquor, shall be returned to Claimant Allan Wong through his attorney of record
7  Mark W. King at 2100 Tulare Street, Suite 410, Fresno, California 93721-2111.
8      5.   That plaintiff United States of America and its servants, agents, and
9  employees, and all other public entities, their servants, agents, and employees, are
10 released from any and all liability arising out of or in any way connected with the
11 seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release
12 applying to all unknown and unanticipated injuries, and/or damages arising out of
13 said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The
14 parties waived the provisions of California Civil Code § 1542.
15     6.   That pursuant to the stipulation of the parties, and the allegations set
16 forth in the Complaint filed on or about October 9, 2009, the Court finds that there
17 was reasonable cause for the seizure and arrest of the defendant funds, and for the
18 commencement and prosecution of this forfeiture action, and a Certificate of
19 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.
20     7.   All parties shall bear their own costs and attorneys' fees.
21     8.   The Court shall maintain jurisdiction to enforce the terms of this Final
22 Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

24 Based upon the allegations set forth in the Complaint for Forfeiture *In Rem*
25 filed October 9, 2009, and the Stipulation for Final Judgment of Forfeiture filed
26 herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C.
27 § 2465, that there was reasonable cause for the seizure or arrest of the defendant
28 funds, and for the commencement and prosecution of this forfeiture action.

1   Accordingly, IT IS HEREBY ORDERED that final judgment of forfeiture and
2 certificate of reasonable cause are entered as of this date.

4 IT IS SO ORDERED.

5 **Dated:  November 28, 2011**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE